THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Elijah Battle,
 Jr., Appellant.
 
 
 

Appeal From Aiken County
 Thomas A. Russo, Circuit Court Judge

Unpublished Opinion No.  2008-UP-286
 Submitted June 1, 2008  Filed June 4,
2008  

AFFIRMED

 
 
 
 Appellate Defender Lanelle C. Durant, South Carolina Commission of
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Julie M. Thames, Office of the Attorney General, all of
 Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Elijah Battle appeals his conviction for armed
 robbery and possession of a firearm during the commission of a violent crime. 
 We affirm pursuant to Rule 220(b)(2), SCACR, and the following authorities:  State
 v. Mansfield, 343 S.C. 66, 77, 538 S.E.2d 257, 263 (Ct. App. 2000) (a trial
 courts ruling on admissibility of evidence will not be reversed on appeal
 absent an abuse of discretion or the commission of legal error which results in
 prejudice to the defendant); State v. Schumpert, 312 S.C. 502, 507, 435
 S.E.2d 859, 862 (1993) (stating that any error in admission of evidence
 cumulative to other unobjected-to evidence is harmless); State v. Johnson,
 298 S.C. 496, 499, 381 S.E.2d 732, 733 (1989) ("The admission of improper
 evidence is harmless where it is merely cumulative to other evidence.").  
AFFIRMED.[1]
HEARN,
 C.J., and SHORT, J., and KONDUROS, J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.